UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # 7

*Koziel*
-v-
*City Court of Yonkers*

USCA NO. _____
SDNY NO. 07cv8509
JUDGE: KMW
DATE: NOV 14, 2007

[Stamp: U.S. DISTRICT COURT FILED NOV 14 2007 S.D.]

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) THOMAS PISARCZYK
FIRM APPEALS SECTION
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. (212) 805-0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS                                                          DOC#

Clerk's Certificate
See Attached List of Numbered Documents

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

(✓) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the ___ Day of NOVEMBER, 2007.

**United States District Court for
the Southern District of New York**

Date: 11-14-07

U.S.C.A. #

U.S.D.C. # 07 cv 8509

D.C. JUDGE: KMW

-------------------------------------------------

Kozjel

-v-

City Court of Yonkers

-------------------------------------------------

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __6__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**             **Document Description**

_____

**BALANCE OF FILE MISSING AT THIS TIME**
_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 14th Day of November In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-08509-KMW
### Internal Use Only

Koziel v. City Court of Yonkers et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 10/02/2007
Date Terminated: 10/02/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2007 | 3 | ORDER OF DISMISSAL, I grant plaintiff's request to proceed in forma pauperis, deny plaintiff's request to sign the order to show cause and dismiss the complaint for the reasons set forth within. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed because it fails to state a claim on which relief may be granted and asserts claims against defendants immune from suit, 28 U.S.C.1915(e)(2)(B)(ii), (iii), and the Court lacks subject matter jurisdiction over plaintiff's suit. FRCP 12(h)(3). Thus plaintiff's request for injunctive relief is denied as moot. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Loretta A. Preska on 9/28/07) (laq) (Entered: 10/05/2007) |
| 10/02/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Paul Koziel.(laq) (Entered: 10/05/2007) |
| 10/02/2007 | 2 | COMPLAINT against The American Bar Association, Westchester County Bar Association, New York Bar Association(and each member in their official capacities as an individual), New York Bar Association(each of their and its Executive Directors and Boards, each members of such boards to a person in their official capacities and as an individual as an individual, and all other person who may be responsible for this injustice who have acted irresponsible), City Court of Yonkers, Yonkers Parking Violations Bureau, Stanley Weitzenberg, State of New York, Eliot Spitzer, County of Westchester, Andrew Spano. Document filed by Paul Koziel.(laq) AFFIRMATION/AFFIDAVIT ATTACHED. (Entered: 10/05/2007) |
| 10/02/2007 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (laq) (Entered: 10/05/2007) |
| 10/02/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Loretta A. Preska on 10/2/7) (laq) (Entered: 10/05/2007) |
| 11/05/2007 | 5 | MOTION or Request for Reconsideration for Cause. Document filed by Paul Koziel.(djc) (Entered: 11/07/2007) |
| 11/05/2007 | 6 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Paul Koziel. (tp) (Entered: 11/14/2007) |
| 11/05/2007 | | Appeal Remark as to [6] Notice of Appeal filed by Paul Koziel. $455.00 APPEAL FEE DUE. IFP REVOKED 9/28/07. (tp) (Entered: 11/14/2007) |
| 11/14/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [6] Notice of Appeal. (tp) (Entered: 11/14/2007) |
| 11/14/2007 | | Transmission of Notice of Appeal to the District Judge re: [6] Notice of Appeal. (tp) (Entered: 11/14/2007) |